MARK HENRY SCHNEIDER, Plaintiff, v. ANTONIO D. MELGAREJO RANDOLPH, Defendant. In the Matter of the Petition of ISIDOR LAZARUS, Plaintiff's Attorney, Respondent, against MARK HENRY SCHNEIDER, Plaintiff, and ANTONIO D. MELGAREJO RANDOLPH, Defendant, Appellants.— Judgment entered upon the report of official referee reversed upon the law, with costs, without prejudice to the

petitioner, respondent, to apply to the Special Term for confirmation of the report of the official referee. It seems that, in a proceeding of this kind, the court must determine the controversy and a reference is merely for the purpose of assisting the court, the referee having no power to hear and determine. (See *Matter of Cartier* v. *Spooner*, 118 App. Div. 342; *Sullivan* v. *McCann*, 124 id. 126.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.